**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Monstsho Eugene VERNON,
Defendant—Appellant.**

No. 04–6147.

United States Court of Appeals,
Fourth Circuit.

Submitted May 28, 2004.

Decided Aug. 9, 2004.

Monstsho Eugene Vernon, Appellant pro se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

PER CURIAM.

Monstsho Eugene Vernon seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Vernon has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the ap-

peal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*